DAYLE ELIESON
United States Attorney
District of Nevada
KATHRYN C. NEWMAN
KIMBERLY M. FRAYN
Assistant United States Attorneys
Nevada Bar 13733
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada 89101
P (702) 388-6336/F (702) 388-5087
kathryn.newman@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00283-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| vs. | |
| LAZARO JORD RODRIGUEZ-HERRERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Dayle Elieson, United States Attorney for the District of Nevada, and Kathryn Newman and Kimberly M. Frayn, Assistant United States Attorneys, and Michael Sanft, and Yi Lin Zheng counsel for defendant Lazaro Jord Rodriguez-Herrera, that the supervised release hearing scheduled for April 19, 2018, at 2:00 p.m. to a date and time no sooner than April 23, 2018. For the reasons set forth below, the parties respectfully request that this Stipulation and any Order thereon remain sealed.

This stipulation is entered into for the following reasons:

1. AUSA Kimberly Frayn, who is lead counsel in this case, is out of the District on training the week of April 16, 2018.

2. Defense counsel Michael Sanft appeared at the defendant's arraignment and initial appearance on April 12, 2018. Mr. Sanft made a record that he was appearing on behalf of Ms. Zheng, however, the Designation of Counsel was signed and filed in his name. As such, we have included Mr. Sanft on this stipulation out of an abundance of caution.

3. The defendant is in custody. He does not object to the brief continuance.

## CONCLUSION

For the foregoing reasons, the Government respectfully requests that the revocation hearing of Lazaro Jord Rodriguez-Herrera, currently set for April 19, 2018, at 2:00 p.m., be continued to a date and time convenient to the Court but no sooner than April 23, 2018.

Respectfully submitted,

DAYLE ELIESON
Acting United States Attorney

Date: April 17, 2018
/s/ *Kathryn Newman*
KATHRYN NEWMAN
Assistant United States Attorney

Date: April 17 , 2018
/s/ *Yi Lin Zheng*
MICHAEL W. SANFT, ESQ.
YI LIN ZHENG, ESQ.
Counsel for Defendant Rodriguez-Herrera

## PROPOSED ORDER

IT IS HEREBY ORDERED that supervised release revocation hearing in the above-captioned case currently set for April 19, 2018, at 2:00 p.m., be vacated and continued to Friday, April 27, 2018 at 9:30 a.m. in Courtroom 6C.

DATED: April 17, 2018.

_____
U.S. DISTRICT JUDGE